IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERT EARL THOMPSON                                                                            PLAINTIFF

vs.                                            Civil No. 1:11-cv-1062

MICHAEL J. ASTRUE                                                                               DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Before the Court is the Report and Recommendation filed October 2, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Bryant recommends affirming the decision of the Administrative Law Judge denying benefits to Plaintiff. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The decision of the ALJ is **AFFIRMED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of October, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge